> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---

D.H., a minor, by her next friends A.H., mother, and E.H., father,

    Plaintiff,

v.

WILLIAMSON COUNTY BOARD OF EDUCATION; JASON GOLDEN, in his official capacity as Director of the Williamson County Schools; THE TENNESSEE DEPARTMENT OF EDUCATION; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education,

    Defendants.

Case No. 22-cv-00570

---

## PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY

Plaintiff D.H., by her next friends and parents, A.H., mother, and E.H., father, respectfully moves the Court to permit both her and her parents to proceed in this action pseudonymously. Pursuant to Local Rule 7.01(a)(1), Plaintiff's counsel has conferred with counsel for the Defendants, who do not oppose this motion.

In support of this motion, Plaintiff relies upon her supporting memorandum of law and the record in this case and states:

1. Under Federal Rule of Civil Procedure 5.2(a), unless a court orders otherwise, a filing that contains "the name of an individual known to be a minor . . . may include only . . . the minor's initials." Fed. R. Civ. P. 5.2(a)(3).

2. However, courts may also permit a minor and her parents to proceed using pseudonyms where "a plaintiff's privacy interests substantially outweigh the presumption of open