UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

D.H.,

    *Plaintiff*,

v.

WILLIAMSON COUNTY
BOARD OF EDUCATION, *et al.*,

    *Defendants*.

Case No. 3:22-cv-00570
District Judge William L. Campbell, Jr.
Magistrate Judge Jeffery S. Frensley

### THE DEPARTMENT AND COMMISSIONER OF EDUCATION'S
### MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Tennessee Department of Education and Defendant Penny Schwinn, in her official capacity as Commissioner of the Department of Education, move for an order from this Court dismissing the claims asserted against them in this lawsuit for failure to state a viable claim to relief. As the arguments and authorities set out in the accompanying Memorandum of Law demonstrate, Plaintiff D.H.'s equal protection claim fails as a matter of law because the Constitution allows the long-standing practice of separating bathrooms by sex—a practice D.H. does not even challenge—and D.H.'s allegations and alternative theories all fail to support this claim. Plaintiff's Title IX claim fails as a matter of law because Title IX explicitly allows schools to maintain sex-separated bathrooms, and, in any event, the separation of

1

bathrooms based on sex is not "discrimination" under Title IX. Because Plaintiff cannot cure the defects in the complaint, dismissal should be with prejudice.

Dated: October 25, 2022                    Respectfully Submitted,

JONATHAN SKRMETTI
  *Tennessee Attorney General & Reporter*

ANDRÉE S. BLUMSTEIN
  *Tennessee Solicitor General*

JAMES MATTHEW RICE
  *Special Assistant to the Solicitor General*

GABRIEL KRIMM
  *Assistant Solicitor General*

<u>*/s/ Alexander S. Rieger*</u>
ALEXANDER S. RIEGER
  *Senior Assistant Attorney General*
Office of the Tennessee
 Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-2408
BPR No. 029362
Alex.Rieger@ag.tn.gov

*Counsel for the Tennessee Department and Commissioner of Education*

## CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on October 25, 2022, which electronically served a copy to all counsel of record, namely:

**Adam S. Lurie**
**Ami Rakesh Patel**
**Jason Starr**
**Sean Mooney**
**Tricia Herzfeld**
  *Counsel for D.H.*

**Courtney M. King**
**Lisa M. Carson**
  *Counsel for the Williamson County*
    *Board of Education and*
  *Jason Golden in his official capacity as*
    *Director of the Williamson County Schools*

**James Matthew Rice**
**Alexander Stuart Rieger**
**Gabriel Krimm**
  *Counsel for the Tennessee*
    *Department of Education and*
  *Penny Schwinn in her official capacity as*
    *Commissioner of the Tennessee*
    *Department of Education*

*/s/Alexander S. Rieger*
Alexander S. Rieger
