UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

D.H.,

    *Plaintiff*,

v.

WILLIAMSON COUNTY
BOARD OF EDUCATION, *et al.*,

    *Defendants*.

Case No. 3:22-cv-00570
District Judge William L. Campbell, Jr.
Magistrate Judge Jeffery S. Frensley

## THE DEPARTMENT AND COMMISSIONER OF EDUCATION'S
## MOTION TO STAY DISCOVERY

Pursuant to this Court's inherent authority to conserve "time and effort for itself, . . . counsel, and . . . litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936), Defendant Tennessee Department of Education and Defendant Penny Schwinn, in her official capacity as Commissioner of the Department of Education, move for an order from this Court staying discovery until the Court has resolved the pending motions for preliminary relief, D.E. 5, and dismissal, D.E. 46, D.E. 48. As the arguments and authorities set out in the accompanying Brief demonstrate, a discovery stay is warranted because a resolution of the parties' many legal disputes will "streamline litigation" by crystalizing the issues and "dispensing with needless . . . factfinding." *Neitzke v. Williams*, 490 U.S. 319, 319 (1989). If discovery proceeds in the shadow of those disputes, it may needlessly "exact[] heavy costs in terms of efficiency and expenditure of valuable time and

1

resources that might otherwise be directed to the proper execution of the work of the Government." *Ashcroft v. Iqbal*, 556 U.S. 662, 685 (2009). The Court should thus stay discovery until the pending substantive motions have been resolved.

Pursuant to Local Rule 7.01, counsel for the Department and Commissioner has conferred with all parties regarding the filing of this motion. Defendants Williamson County School Board and its Director consent to the motion. Plaintiff D.H. opposes the motion.

Dated: October 31, 2022

Respectfully Submitted,

JONATHAN SKRMETTI
  *Tennessee Attorney General & Reporter*

ANDRÉE S. BLUMSTEIN
  *Tennessee Solicitor General*

J. MATTHEW RICE
  *Special Assistant to the Solicitor General*

GABRIEL KRIMM
  *Assistant Solicitor General*

*/s/ Alexander S. Rieger*
ALEXANDER S. RIEGER
  *Senior Assistant Attorney General*
Office of the Tennessee
 Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-2408
BPR No. 029362
Alex.Rieger@ag.tn.gov

  *Counsel for the Tennessee Department and Commissioner of Education*

# CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on October 31, 2022, which electronically served a copy to all counsel of record, namely:

**Adam S. Lurie**
**Ami Rakesh Patel**
**Jason Starr**
**Sean Mooney**
**Tricia Herzfeld**
　Counsel for D.H.

**Courtney M. King**
**Lisa M. Carson**
　*Counsel for the Williamson County*
　　*Board of Education and*
　*Jason Golden in his official capacity as*
　　*Director of the Williamson County Schools*

**James Matthew Rice**
**Alexander Stuart Rieger**
**Gabriel Krimm**
　*Counsel for the Tennessee*
　　*Department of Education and*
　*Penny Schwinn in her official capacity as*
　　*Commissioner of the Tennessee*
　　*Department of Education*

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander S. Rieger*
　　　　　　　　　　　　　　　　　　　　Alexander S. Rieger