IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H., father, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:22-cv-00570 ) |
| WILLIAMSON COUNTY BOARD OF EDUCATION; JASON GOLDEN, in his official capacity as Director of The Williamson County Schools; TENNESSEE DEPARTMENT OF EDUCATION; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education, | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE

Plaintiff D.H., a minor, by her next friends A.H., mother, and E.H., father, Defendants Williamson County Board of Education and Jason Golden, in his official capacity as Director of the Williamson County Schools (the "County Defendants"), and Defendants Tennessee Department of Education and Penny Schwinn, in her official capacity as Commissioner of the Tennessee Department of Education (the "State Defendants" and together with Plaintiff and County Defendants, the "Parties"), by and through their attorneys of record, hereby stipulate and agree, and respectfully request that the Court enter an Order, as follows:

WHEREAS, on October 25, 2022 the County Defendants and the State Defendants filed motions to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) that raise a number of overlapping but complex questions of law (Dkt. Nos. 46 and 48) (the "Motions to Dismiss");

WHEREAS, pursuant to Local Rule 7.01(a)(3), Plaintiff's responses to the Motions to Dismiss would be due on or before November 8, 2022;

WHEREAS, pursuant to Local Rule 7.01(a)(4), any reply(ies) in further support of the Motions to Dismiss would be due on or before November 15, 2022;

WHEREAS, to adequately address the issues raised in the Motions to Dismiss, and in light of the upcoming Thanksgiving holiday, the Parties believe that an extension of time is warranted;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Plaintiff shall file a single brief of 35 pages in response to the Motions to Dismiss on or before November 22, 2022.

2. The Defendants shall file their replies on or before December 13, 2022.

It is so **ORDERED**.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge

APPROVED FOR ENTRY:

[*Signatures on the following page*]

By: */s/ Tricia Herzfeld*
Tricia Herzfeld (BPR #26014)
BRANSTETTER STRANCH &
JENNINGS PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
T: (615) 254-8801
F: (615) 255-5419
triciah@bsjfirm.com

Adam S. Lurie*
Sean Mooney*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
sean.mooney@linklaters.com

Jason Starr*
Ami Patel*
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Avenue NW
Washington, D.C. 20036
T: (202) 628-4160
F: (202) 628-0517
jason.starr@hrc.org
ami.patel@hrc.org

* Admitted *pro hac vice*

*Attorneys for Plaintiff D.H., a minor,
by her next friends A.H.,
mother, and E.H., father*

*/s/ Lisa M. Carson*
Lisa M. Carson (BPR# 14782)
Courtney M. King (BPR# 35625)
BUERGER, MOSELEY & CARSON, PLC
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com
cking@buergerlaw.com

*Attorneys for Defendants Williamson County
Board of Education and Jason Golden*

*/s/ Alexander S. Rieger*
Alexander S. Rieger
Senior Assistant Attorney General
Public Interest Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
BPR No. 029362
Alex.rieger@ag.tn.gov

*Attorneys for the Tennessee Department of
Education and its Commissioner*