IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H. father,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMSON COUNTY BOARD OF EDUCATION, JASON GOLDEN, in his official capacity as Director of the Williamson County Schools, TENNESSEE DEPARTMENT OF EDUCATION; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education,<br><br>    Defendants. | NO. 3:22-cv-00570<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction (Doc. No. 5), which is fully briefed. (Doc. Nos. 6, 27, 30, 35). For the reasons stated in the accompanying Memorandum, the Motion for Preliminary Injunction is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE