IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H. father,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMSON COUNTY BOARD OF EDUCATION, JASON GOLDEN, in his official capacity as Director of the Williamson County Schools, TENNESSEE DEPARTMENT OF EDUCATION; and PENNY SCHWINN, in her official capacity as Commissioner of the Tennessee Department of Education,<br><br>    Defendants. | NO. 3:22-cv-00570<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Parties have filed a stipulation and proposed order regarding the motion to dismiss briefing schedule. (Doc. No. 54). Pursuant to the Parties' request for a modified briefing schedule, it is hereby **ORDERED** that:

1. Plaintiff shall file a single brief of 35 pages in response to the motions to dismiss on or before November 22, 2022.

2. The Defendants shall file their replies on or before December 13, 2022.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE