IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00570 |
| ) | Judge Campbell / Frensley |
| ) | |
| WILLIAMSON COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

Due to a conflict in the Court's calendar, the Initial Case Management Conference set for December 22, 2022 at 8:30 a.m. is hereby reset to January 27, 2023 at 9:30 a.m. via telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge