IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00570 |
| ) | Judge Campbell / Frensley |
| ) | |
| WILLIAMSON COUNTY ) | |
| BOARD OF EDUCATION, et al., ) | |
|     Defendant(s) ) | |

**O R D E R**

The Initial Case Management Conference set for January 27, 2023 is CANCELLED. The conference will be reset following a ruling on the Motion for Review (Docket No. 70) if necessary.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge