IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H. father, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 3:22-cv-00570 |
| WILLIAMSON COUNTY BOARD OF EDUCATION, JASON GOLDEN, in his official capacity as Director of the Williamson County Schools, TENNESSEE DEPARTMENT OF EDUCATION; and LIZZETTE GONZALEZ REYNOLDS, in her official capacity as Commissioner of the Tennessee Department of Education, | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Tennessee Department of Education and Commissioner of Education[1] has filed a Notice of Supplemental Authority regarding the recent decision from the Sixth Circuit Court of Appeals in *L.W. v. Skrmetti*, No. 23-5600, 2023 WL 4410576 (6th Cir. July 8, 2023). (Doc. No. 79). Plaintiff may file an optional response of no more than four pages by July 21, 2023.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(a), Lizzette Gonzalez Reynolds, Commissioner of the Tennessee Department of Education, is substituted as a party in place of Penny Schwinn.