PRIVILEGED AND CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

D.H., a minor, by her next friends A.H., mother, and E.H., father,

    Plaintiff,

v.

WILLIAMSON COUNTY BOARD OF EDUCATION, et al.,

    Defendants.

Case No. 3:22-cv-00570
District Judge Campbell
Magistrate Judge Frensley

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Court's Initial Case Management Order dated November 8, 2023 (Dkt. 104), the parties hereby provide the following update on their efforts to resolve the case:

1. On October 25, 2023, Plaintiffs met and conferred with Defendants and offered to arrange a time to discuss settlement in depth and provided an oral settlement proposal.

2. On January 7, 2024, Plaintiffs provided Defendant Williamson County Board of Education (the "WCBOE") with a settlement proposal letter that would resolve all claims in this case and offered to discuss settlement prior to the filing of this report.

3. On January 7, 2024, Plaintiffs provided Defendant Tennessee Department of Education and Defendant Lizzette Gonzalez Reynolds, in her official capacity as Commissioner of the Department of Education (the "State Defendants") with a settlement proposal letter that would resolve all claims in this case and offered to discuss settlement prior to the filing of this report.

4. On January 10, 2024, all Defendants advised that they were unable to accept Plaintiffs' settlement proposals, but affirmed willingness to engage in further discussions

toward settlement. The parties are in the process of scheduling further settlement negotiations.

Dated January 11, 2024

APPROVED FOR ENTRY:

[*Signatures on the following page*]

PRIVILEGED AND CONFIDENTIAL

By: */s/ Tricia R. Herzfeld*
Tricia Herzfeld (BPR #26014)
HERZFELD, SUETHOLZ, GASTEL, LENISKI &
WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
T: (615) 800-6225
F: (615) 994-8625
tricia@hsglawgroup.com

Adam S. Lurie*
Rebecca Zeldin*
Jarrett Field*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
rebecca.zeldin@linklaters.com
jarrett.field@linklaters.com

Jason Starr*
Ami Patel*
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Avenue NW
Washington, D.C. 20036
T: (202) 628-4160
F: (202) 628-0517
jason.starr@hrc.org
ami.patel@hrc.org

* Admitted *pro hac vice*

*Attorneys for Plaintiff D.H., a minor,
by her next friends A.H.,
mother, and E.H., father*

*/s/ Lisa M. Carson*
Lisa M. Carson (BPR# 14782)
Courtney M. King (BPR# 35625)
BUERGER, MOSELEY & CARSON, PLC
4068 Rural Plains Circle
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com
cking@buergerlaw.com

*Attorneys for Defendants Williamson County
Board of Education and Jason Golden*

*/s/ Jeffrey B. Cadle*
James Matthew Rice
Associate Solicitor General & Special
Assistant to the Solicitor General
Gabriel Joseph Krimm
Assistant Solicitor General
Jeffrey B. Cadle
Assistant Attorney General
Shanell L. Tyler
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
T: (615) 532-6026
F: (615) 741-2009
Matt.Rice@ag.tn.gov
Jeffrey.Cadle@ag.tn.gov
Gabriel.Krimm@ag.tn.gov
Shanell.Tyler@ag.tn.gov

*Attorneys for the Tennessee Department of
Education and Lizzette Reynolds, as
Commissioner of the Tennessee Department
of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via electronic mail on this 11th day of January, 2024 and by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| **Courtney M. King**<br>Buerger, Moseley & Carson, PLC<br>306 Public Square<br>Franklin, TN 37064<br>(615) 794-8850<br>Fax: (615) 790-8861<br>Email: cking@buergerlaw.com<br><br>**Lisa M. Carson**<br>Buerger, Moseley & Carson, PLC<br>306 Public Square<br>Franklin, TN 37064<br>(615) 794-8850<br>Email: lcarson@buergerlaw.com<br><br>***Attorneys for Williamson County Board of Education and Jason Golden*** | **J. Matthew Rice**<br>**Jeffrey B. Cadle**<br>**Gabriel J. Krimm**<br>**Shanell L. Tyler**<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>(615) 741-2408<br>Matt.Rice@ag.tn.gov<br>Jeffrey.Cadle@ag.tn.gov<br>Gabriel.Krimm@ag.tn.gov<br>Shanell.Tyler@ag.tn.gov<br><br>***Attorneys for the Tennessee Department of Education and its Commissioner*** |

                                        */s/ Tricia R. Herzfeld*
                                        Tricia R. Herzfeld