IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H., father, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAMSON COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 3:22-cv-00570 <br><br> District Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffrey S. Frensley |

## JOINT MOTION FOR ENTRY OF [PROPOSED] PROTECTIVE ORDER

The parties hereby jointly move the Court to enter the parties' [Proposed] Protective Order, attached as **Exhibit A** hereto.

Dated: March 4, 2024

*/s/ Tricia R. Herzfeld*

Tricia R. Herzfeld (#26014)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com

Adam S. Lurie*
Rebecca Zeldin*
Jarrett Field*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
T: (212) 903-9000
F: (212) 903-9100
adam.lurie@linklaters.com
rebecca.zeldin@linklaters.com
jarrett.field@linklaters.com

Jason Starr*

Ami Rakesh Patel*
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Avenue NW
Washington, D.C. 20036
T: (202) 628-4160
F: (202) 628-0517
Jason.starr@hrc.org
Jason.Starr@hrc.org

* Admitted *pro hac vice*

*Attorneys for Plaintiff D.H., a minor, by her next friends A.H., mother, and E.H., father*

By: */s/ Lisa M. Carson*
Lisa M. Carson
Courtney M. King
BUERGER, MOSELEY & CARSON, PLC
4068 Rural Plains Circle
Franklin, TN 37064
T: (615) 794-8850
F: (615) 790-8861
cking@buergerlaw.com
lcarson@buergerlaw.com

*Attorneys for Defendants Williamson County Board of Education*

By: */s/ Jeffrey B. Cadle*
James Matthew Rice, Associate Solicitor General & Special Assistant to the Solicitor General
Gabriel Joseph Krimm, Assistant Solicitor General
Jeffrey B. Cadle, Assistant Attorney General
Shanell L. Tyler, Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
T: (615) 532-6026
F: (615) 741-2009
Gabriel.Krimm@ag.tn.gov
Matt.Rice@ag.tn.gov
Jeffrey.Cadle@ag.tn.gov
Shanell.Tyler@ag.tn.gov

*Attorneys for Defendants, Lizzette Gonzalez Reynolds, in her official capacity as Commissioner*

*of the Tennessee Department of Education, and the Tennessee Department of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via electronic mail on this 4th day of March, 2024 and by the Court's CM/ECF system which electronically served a copy to all counsel of record:

| | |
|---|---|
| **Courtney M. King**<br>Buerger, Moseley & Carson, PLC<br>306 Public Square<br>Franklin, TN 37064<br>cking@buergerlaw.com<br><br>**Lisa M. Carson**<br>Buerger, Moseley & Carson, PLC<br>306 Public Square<br>Franklin, TN 37064<br>lcarson@buergerlaw.com<br><br>***Attorneys for Williamson County Board of Education and Jason Golden*** | **Gabriel Krimm**<br>**J. Matthew Rice**<br>**Shanell L. Tyler**<br>**Jeffrey B. Cadle**<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207<br>Gabriel.krimm@ag.tn.gov<br>Matt.rice@tn.ag.gov<br>Shanell.tyler@ag.tn.gov<br>Jeffrey.cadle@ag.tn.gov<br><br>***Attorneys for the Tennessee Department of Education and its Commissioner*** |

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld