UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H., father. | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 3:22-cv-00570 |
| v. | ) ) ) | Judge William L. Campbell, Jr. |
| WILLIAMSON COUNTY BOARD OF EDUCATION, et al., | ) ) ) | Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL

Please take notice that Jeffrey B. Cadle, Assistant Attorney General, of the Office of the Attorney General and Reporter for the State of Tennessee, withdraws his appearance on behalf of the Tennessee Department of Education and Lizzette Gonzalez Reynolds, Commissioner of the Tennessee Department of Education. These parties continue to be represented by other attorneys from the Office of the Attorney General and Reporter for the State of Tennessee.

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

By: /s/ Jeffrey B. Cadle
Jeffrey B. Cadle (BPR #037037)
Assistant Attorney General
Education and Employment Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone: (615) 741-2472
jeffrey.cadle@ag.tn.gov

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically served on March 25, 2024, via the Court's CM/ECF filing system, upon the following:

    Tricia Herzfeld
    HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
    223 Rosa L. Parks Avenue, Suite 300
    Nashville, TN 37203
    tricia@hsglawgroup.com

    Adam S. Lurie
    Sean Mooney
    Benjamin Kurland
    LINKLATERS LLP
    1290 Avenue of the Americas
    New York, NY 10104
    adam.lurie@linklaters.com
    sean.mooney@linklaters.com
    benjamin.kurland@linklaters.com

    Jason Starr
    Ami Patel
    HUMAN RIGHTS CAMPAIGN FOUNDATION
    1640 Rhode Island Avenue NW
    Washington, D.C. 20036
    jason.starr@hrc.org
    ami.patel@hrc.org

                                           */s/ Jeffrey B. Cadle*
                                           Jeffrey B. Cadle