# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H., father. ) ) | |
| ) | Case No.: 3:22-cv-00570 |
| Plaintiff, ) | |
| ) | Judge William L. Campbell, Jr. |
| v. ) | |
| ) | Magistrate Judge Jeffery S. Frensley |
| WILLIAMSON COUNTY BOARD OF ) EDUCATION, et al., ) ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Please take notice that Shanell L. Tyler withdraws her appearance on behalf of the Tennessee Department of Education and Lizzette Gonzalez Reynolds, Commissioner of the Tennessee Department of Education because she has accepted employment outside of the Office of the Tennessee Attorney General and Reporter. These parties continue to be represented by other attorneys from the Office of the Attorney General and Reporter for the State of Tennessee.

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

By: */s/ Shanell L. Tyler*
Shanell L. Tyler (BPR #036232)
Assistant Attorney General
Education and Employment Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:(615) 532-9631
Shanell.tyler@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically served on March 28, 2024, via the Court's CM/ECF filing system, upon the following:

Tricia Herzfeld
HERZFELD, SUETHOLZ, GASTEL, LENISKI & WALL, PLLC
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
tricia@hsglawgroup.com

Adam S. Lurie
Rebecca Zeldin
Jarrett Field
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
adam.lurie@linklaters.com
sean.mooney@linklaters.com
benjamin.kurland@linklaters.com

Jason Starr
Ami Patel
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Avenue NW
Washington, D.C. 20036
jason.starr@hrc.org
ami.patel@hrc.org

Lisa M. Carson
Courtney M. King
Buerger, Moseley & Carson
4068 Rural Plains Circle
Franklin, TN 37064
cking@buergerlaw.com
lcarson@buergerlaw.com

                                             */s/ Shanell L. Tyler*
                                             Shanell L. Tyler