# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H. father, ) ) | |
| Plaintiff, ) ) | NO. 3:22-cv-00570 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE |
| WILLIAMSON COUNTY BOARD OF ) EDUCATION, ET AL., ) ) | FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court are Defendants Tennessee Department of Education ("TDOE"), Commissioner of Education Penny Schwinn[1] ("Commissioner"), and the Williamson County Board of Education's ("WCBOE") motions to reconsider. (Doc. Nos. 90, 93). For the reasons stated in the accompanying memorandum, Defendants' motions to reconsider (Doc. Nos. 90, 93) are **GRANTED**. The Court's Order entered September 27, 2023, denying Defendants' motion to dismiss Plaintiff's Equal Protection claim (Doc. No. 83) is **VACATED**, and Defendants' motions to dismiss (Doc. Nos. 46, 48) are **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Lizzette Reynolds replaced Penny Schwinn as Commissioner of the Department of Education and has been substituted in as a party.