IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| D.H., a minor, by her next friends A.H., mother, and E.H. father, </br>   Plaintiff, </br> v. </br> WILLIAMSON COUNTY BOARD OF EDUCATION, et al., </br>   Defendants. | NO. 3:22-cv-00570 </br></br> JUDGE CAMPBELL </br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

All matters in this case having been resolved, the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE